AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## District of Massachusetts

UNITED STATES OF AMERICA
v.
**ROBERT DELUCA**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **1:94CR10287-001**

**Randolph Gioia**
Defendant's Attorney

I hereby certify on 11-9-06 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Deputy Clerk

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **1,2,3,16,23,24,25 & 26 of 4th SSI**

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1962 d | Conspiracy to Commit Racketeering | 07/31/1996 | 1 |
| 18 U.S.C. § 1962 c | Racketeering | 01/31/1995 | 2 |
| 18 U.S.C. § 1951 | Interference with Commerce by Threats of Violence | 06/30/1994 | 3 |

See Additional Counts of Conviction - Page 2

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 07/07/1945
Defendant's USM No.: 02547-070

Defendant's Residence Address:
Plymouth County House of Corrections
26 Long Pond Rd.
Plymouth MA 02360

Defendant's Mailing Address:
Plymouth County House of Corrections
26 Long Pond Rd.
Plymouth MA 02360

04/24/2000
Date of Imposition of Judgment

Mark L. Wolf
Signature of Judicial Officer

Mark L. Wolf
U.S. District Judge
Name & Title of Judicial Officer

May 3, 2000
Date

1911

AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case


DEFENDANT: ROBERT DELUCA

CASE NUMBER: 1:94CR10287-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1951 | Interference with Commerce by Threats of Violence | 06/30/1992 | 16 |
| 18 U.S.C. § 371 | Conspiracy | 10/29/1989 | 23 |
| 18 U.S.C. § 1952 | Interstate & Foreign Travel or Transportation In Aid of Racketeering Enterprises. | 10/29/1989 | 24 |
| 18 U.S.C. § 1952 | Interstate & Foreign Travel or Transportation In Aid of Racketeering Enterprises | 12/11/1991 | 25 |
| 18 U.S.C. § 1952 | Interstate & Foreign Travel or Transportation In Aid of Racketeering Enterprises. | 12/11/1991 | 26 |

DEFENDANT: **ROBERT DELUCA**

CASE NUMBER: **1:94CR10287-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **34 month(s)**

**This term consists of terms of 34 months on counts 1,2,3,16,24,25,& 26 and a term of 3 months on count 23, all to be served concurrently. The terms of imprisonment imposed by this judgment shall run concurrently with the term of imprisonment that the defendant is currently serving on the R.I. federal sentence.**

The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be incarcerated at a facility equipped to address defendant's medical needs and that serious consideration be given to designating Devens because of the special needs of defendant's disabled children.**

The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

at a.m./p.m. on .

as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

before 2 p.m. on .

as notified by the United States Marshal.

as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on to

at , with a certified copy of this judgment.

UNITED STATES MARSHAL

By

Deputy U.S. Marshal

DEFENDANT: **ROBERT DELUCA**

CASE NUMBER: **1:94CR10287-001**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **36 month(s)** .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Page 5

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **ROBERT DELUCA**

CASE NUMBER: **1:94CR10287-001**

## SPECIAL CONDITIONS OF SUPERVISION

**The defendant is prohibited from possessing a firearm or other dangerous weapon.**

DEFENDANT: ROBERT DELUCA

CASE NUMBER: 1:94CR10287-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $ 400.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . $ ____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ ________.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until ________ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Totals: | $ ________ | $ ________ | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

(Rev. 6/90)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Robert P. DeLuca
Defendant

CRIMINAL NO. 94-10287

**MEMORANDUM OF SENTENCING HEARING**
**AND**
**REPORT OF STATEMENT OF REASONS**

Wolf D.J.

Counsel and the defendant were present for sentencing hearing on April 04, 2000 The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

| | | |
|---|---|---|
| 1. | Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing? | ✓ Yes __ No |
| 2.(a) | Was information withheld pursuant to FRCrP 32(c)(3)(A)? | __ Yes __ No |
| (b) | If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)? | __ Yes __ No |
| 3.(a) | Were all factual statements contained in the PSI adopted without objection? | __ Yes ✓ No |
| (b) | If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute: | |
| (c) | Disputed issues have been resolved as follows after ___evidentiary hearing, ___further submissions and/or ___arguments: | |

4.(a) Are any legal issues in dispute? ___Yes ___No

If yes, describe disputed issues and their resolution:

5.(a) Is there any dispute as to guideline applications (such as offense level, criminal history category, fine or restitution) as stated in the PSI? ___Yes ___No

If yes, describe disputed areas and their resolution:

(b) Tentative findings as to applicable guidelines are:

Total Offense Level: 24

Criminal History Category: V

92 to 115 months imprisonment

~~[illegible]~~ 24 to ~~[illegible]~~ 36 months supervised release

$ 10,000 to $ 100,000 fine (plus $ ________ cost of imprisonment/supervision)

$ ________ restitution

$ 400 special assessment ($ 50 on each of ________ counts)

6.(a) Are there any legal objections to tentative findings? ___Yes ✓ No

(b) If no, findings are adopted by the Court.

(c) If yes, describe objections and how they were addressed:

OR sentence hearing is continued to ________________ to allow for preparation of oral argument or filing of written submissions by ____________.

7.(a) Remarks by counsel for defendant.[1] ___Yes ___No

(b) Defendant speaks on own behalf. ___Yes ___No

(c) Remarks by counsel for government. ___Yes ___No

8.(a) The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

34 months imprisonment to run concurrently with sentence Delucc is now serving *

______ months/intermittent community confinement

______ months probation

36 months supervised release ✓ *

$ 0 fine (including cost of imprisonment/supervision) ✓

$______ restitution

$ 400 special assessment ($ 50 on each of counts ______)

Other provisions of sentence: (community service, forfeiture, etc.)

* Court recommends that the sentence be served at a facility equipped to address defendant's special medical needs and that serious consideration be given to designating Devins in Mass. because of the needs of defendant's disabled children.

** No firearm or other dangerous weapon

(b) ✓ After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

[1] The order of argument and/or recommendations and allocution may be altered to accord with the Court's practice.

9. Statement of reasons for imposing sentence.
Check appropriate space.

(a) ___ Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR ✓ Sentence is within the guideline range and that range exceeds 24 months and the reasons for imposing the selected sentence are:

It is the sentence prescribed by § 56.1.3(b) and the parties Rule 11(e)(1)(c) binding plea agreement.

(b) ___ Sentence departs from the guideline range as a result of

___ substantial cooperation upon motion of the government

OR

___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

(c) ___ Is restitution applicable in this case? ___Yes ✓No

Is full restitution imposed? ___Yes ___No

If no, less than full restitution is imposed for the following reasons:

(c) Is the fine within the guideline imposed? ___Yes ✓ No

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

___Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; or

___Imposition of a fine would unduly burden the defendant's dependants; or

___Other reasons as follows: The binding plea agreement did not provide for a fine

10. Was a plea agreement submitted in this case? ✓ Yes ___No

Check appropriate space:

___The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

___The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

___The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11. Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report. ___Yes ✓ No

12. The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13. Judgment will be prepared by the clerk in accordance with above.

14. The clerk will provide this Memorandum of Sentencing Hearing And Report of Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

April 24, 2000
DATE

[signature]
UNITED STATES DISTRICT JUDGE